# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA E. ROTHWELL,<br><br>        Petitioner,<br><br>        v.<br><br>LYDIA C. HENSE, Acting Warden,<br><br>        Respondent. | NO. SACV 11-01046 SS<br><br><br>**JUDGMENT** |

    IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 3, 2011

                                            /S/
                                  _____
                                  SUZANNE H. SEGAL
                                  UNITED STATES MAGISTRATE JUDGE