# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAMANTHA E. ROTHWELL,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>LYDIA C. HENSE, Acting Warden,<br><br>　　　　Respondent. | NO. SACV 11-01046 SS<br><br><br><br>**JUDGMENT** |

　　IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: November 3, 2011

　　　　　　　　　　　　　　　　　　　　　／S／
　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　SUZANNE H. SEGAL
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE